ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 2:18 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 15-25-00121-CV**

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 2:18:36 PM
CHRISTOPHER A. PRINE
Clerk

**Hays County, Texas, Ruben Becerra,
Debbie Ingalsbe, Michelle Cohen, Morgan Hammer,
and Walt Smith, in their official capacities,**
*Appellants*

**v.**

**Leslie Carnes, Jim Camp, Cathy Ramsey, and Gabrille Moore,**
*Appellees*

---

Appeal from the 126th Judicial District Court
of Travis County, Texas; Cause No. D-1-GN-25-002049

---

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR APPELLANTS

C. Robert Heath
State Bar No. 09347500
BICKERSTAFF HEATH DELGADO ACOSTA LLP
1601 South MoPac Expressway, Suite C400
Austin, Texas 78746
512.472.8021
bheath@bickerstaff.com

*Attorneys for Appellants*

# NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
## FOR APPELLANTS

PLEASE TAKE NOTICE that attorney C. Robert Heath, with the law firm of Bickerstaff Heath Delgado Acosta LLP, hereby enters his appearance as additional counsel for Appellants Hays County, Texas; Ruben Becerra; Debbie Ingalsbe; Michelle Cohen; Morgan Hammer; and Walt Smith, in their official capacities and requests that any correspondence; motions; briefs; notices given, or required to be given; papers served, or required to be served; or any other documents in this case directed to Appellants Hays County, Texas; Ruben Becerra; Debbie Ingalsbe; Michelle Cohen; Morgan Hammer; and Walt Smith, in their official capacities be served upon C. Robert Heath at the undersigned address.

Respectfully submitted,

**BICKERSTAFF HEATH DELGADO ACOSTA LLP**
1601 South MoPac Expressway, Suite C400
Austin, Texas 78746
512.472.8021 (telephone)
bheath@bickerstaff.com

By:  */s/ C. Robert Heath*
C. ROBERT HEATH
State Bar No. 09347500

***Attorneys for Appellants***

## CERTIFICATE OF SERVICE

I certify that on November 20, 2025, a true and correct copy of the above and foregoing pleading was served on all counsel of record by the Electronic Service Provider if registered, otherwise by email, as follows:

Bill Aleshire
  bill@aleshirelaw.com
**ALESHIRELAW, PC**
3605 Shady Valley Drive
Austin, Texas 78739


William G. Bunch
  bill@sosalliance.org
Robert Levinski
  bobby@sosalliance.org
**SAVE OUR SPRINGS ALLIANCE**
4701 Westgate Blvd, Ste. D-401
Austin, Texas 78745


***Attorneys for Appellees***

Lynn Saarinen, Assistant Attorney General
  Lynn.saarinen@oag.texas.gov
**ATTORNEY GENERAL OF TEXAS**
**FINANCIAL LITIGATION SECTION,**
**GENERAL LITIGATION DIVISION**
MC-017
P.O. Box 12548
Austin, Texas 78711

***Attorney for the Attorney General of the State of Texas***


*/s/ C. Robert Heath*
C. ROBERT HEATH

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Julie Denny on behalf of Michael Shaunessy
Bar No. 18134550
jdenny@mcginnislaw.com
Envelope ID: 108291841
Filing Code Description: Other Document
Filing Description: Other Document
Status as of 11/20/2025 2:33 PM CST

Associated Case Party: HAYS COUNTY

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ian M.Davis | | idavis@mcginnislaw.com | 11/20/2025 2:18:36 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 11/20/2025 2:18:36 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 11/20/2025 2:18:36 PM | SENT |
| Michael Shaunessy | | mshaunessy@mcginnislaw.com | 11/20/2025 2:18:36 PM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 11/20/2025 2:18:36 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 11/20/2025 2:18:36 PM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 11/20/2025 2:18:36 PM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 11/20/2025 2:18:36 PM | SENT |
| Bill Bunch | | bill@sosalliance.org | 11/20/2025 2:18:36 PM | SENT |
| Bobby Levinski | | bobby@sosalliance.org | 11/20/2025 2:18:36 PM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 11/20/2025 2:18:36 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 11/20/2025 2:18:36 PM | SENT |
| Rosemarie Kanusky | | rkanusky@mphlegal.com | 11/20/2025 2:18:36 PM | SENT |
| Matthew PhilipHines | | mhines@mphlegal.com | 11/20/2025 2:18:36 PM | SENT |
| Claude Heath | 9347500 | bheath@bickerstaff.com | 11/20/2025 2:18:36 PM | SENT |